IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMILIO CLARA, individually and on behalf of other employees similarly situated, Plaintiff v.<br><br>NORTH AVENUE RESTAURANT CORPORATION d/b/a DINOTTO RISTORANTE and DEAN LUBBAT, Individually, Defendants. | 16-cv-916 |

**NOTICE OF VOLUNTARY DISMISSAL**

The Plaintiff, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), the opposing party having neither filed an Answer or a Motion for Summary Judgment, respectfully request that the Court dismiss all causes of action against Defendant, without prejudice.

Tuesday, February 23, 2016

Respectfully submitted,

**s/ Susan J Best**
Susan J. Best
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL 60646
Direct: 312-445-9662
sbest@yourclg.com

One of Plaintiffs' attorneys